UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:18cr66 |
| | ) | |
| v. | ) | **ORDER TO SEAL THE** |
| | ) | **BILL OF INDICTMENT** |
| (1) AUGUSTINE MANUEL VEGA | ) | |
| (2) JAMES RUSSELL | ) | |
| (3) ROBERT PRESTON CLARK | ) | UNDER SEAL |
| (4) LONNIE ALTON HENDERSON | ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment and any associated warrant, writ, process or other order issued pursuant thereto be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 18th day of May 2018.

THE HON. DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE