FILED
ASHEVILLE, N.C.
MAY 24 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:18CR66 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO UNSEAL** |
| (1)  AUGUSTINE MANUEL VEGA | ) | |
| (2)  JAMES RUSSELL | ) | |
| (3)  ROBERT PRESTON CLARK | ) | |
| (4)  LONNIE ALTON HENDERSON | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced case be unsealed.

This the 24th day of May, 2018.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE