**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 cr 66-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **AUGUSTINE MANUEL VEGA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Before the Court is Defendant's Ex Parte Motion to Obtain Interpreter [# 42]. Due to Defendant's hearing impairment, Defendant requires an interpreter. Defense counsel asks the Court to appoint Earl K. Elkins as interpreter and authorize fees up to the statutory $2,400 limit. Additionally, Defense counsel has already had to use Elkins in a prior meeting with Defendant. Thus, Defense counsel asks that the appointment be applied nunc pro tunc from June 4, 2018.

For good cause shown, the Court **GRANTS** the motion [# 42]. The Court **APPOINTS** Earl K. Elkins as interpreter for Defendant. Defendant is authorized to utilize Mr. Elkins' services up to the statutory limit of $2,400. Further, the Court **ORDERS** this Order apply nunc pro tunc from June 4, 2018.

While Defendant's Motion was filed ex parte, the Court does not find that this Order should be sealed.

Signed: June 13, 2018

Dennis L. Howell
United States Magistrate Judge